# In the United States District Court
# for the Southern District of Georgia
# Brunswick Division

| | | |
|---|---|---|
| IN RE: MARVIN B. SMITH, III and SHARON H. SMITH, | : | CIVIL ACTION |
| | : | |
| Appellants, | : | |
| | : | |
| v. | : | |
| | : | |
| COUNTRYWIDE HOME LOANS, INC., AS SERVICING AGENT FOR HSBC BANK USA, NATIONAL ASSOCIATION AS TRUSTEE FOR THE HOLDERS OF BCAP LLC TRUST 2006-AA2, | : | |
| | : | |
| Appellee. | : | NO. CV209-140 |

## O R D E R

After an independent review of the record, the Court concurs with the Bankruptcy Judge's report and recommendation. Accordingly, the report and recommendation of the Bankruptcy Court is **ADOPTED** as the opinion of the Court. Dkt. No. 14. The Smiths' objection to Countrywide's designation of contents for inclusion in record on appeal is **DENIED**. Dkt. No. 11.

**SO ORDERED**, this 27 day of July, 2010.

_____
CHIEF JUDGE, UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA